# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

## JUDGMENT IN A CIVIL CASE

TERRY JAREMKO,

        **Plaintiff,**

v.                                            **CIVIL NO. 10-1137-RDR**

ERISA ADMINISTRATIIVE
COMMITTEE,

        **Defendant.**

**( )**    **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**( X )**  **DECISION BY THE COURT.**  This action came before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** pursuant to Memorandum and order (Doc. 40) defendant's motion for judgment on the administrative record (Doc. 34) is granted and plaintiff's motion for summary judgment (Doc. 32) is denied.

    **IT IS FURTHER ORDERED AND ADJUDGED** that the plaintiff recover nothing, the action be dismissed, and the defendant, ERISA Administrative Committee, recover costs from the plaintiff, Terry Jaremko.

Entered on the docket   6/11/12

**Dated:  June 11, 2012**          TIMOTHY M. O'BRIEN, CLERK

                                                      *M. Barnes*
                                                      **Deputy Clerk**